IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHANIE WOODS AND SOUTHERN HOME SOLUTIONS, LLC, | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 4:15−CV−00536 |
| U.S. BANK, N.A., ET AL., | § § § | |
| Defendants. | § § | |

## ORDER SUSTAINING OBJECTION RECOMMENDATION

Having reviewed the Report and Recommendation of United States Magistrate Judge (Doc. No. 48) (the "Recommendation"), the objections, responses and replies, if any, of the parties, the Court is of the opinion that the Recommendation should be and hereby is **REJECTED**. Therefore, it is

**ORDERED, ADJUDGED, AND DECREED** Defendant U.S. Bank National Association's Objection to Recommendation and Brief in Support is **SUSTAINED**, and the Recommendation is **REJECTED**; and it is further

**ORDERED, ADJUDGED, AND DECREED** and that the Court retains jurisdiction over this case.